**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                               General Court Number
Clerk                                                        415.522.2000

## May 27, 2010

CASE NUMBER:  CV 10-02047 NJV
CASE TITLE:  DEL NORTE COUNTY-v-UNITED STATES FOREST SERVICE

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable JEFFERY S. WHITE** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/27/10

FOR THE EXECUTIVE COMMITTEE:

_____
                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                     Entered in Computer 5/27/10AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA