Julia A. Olson (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon  97405
Tel: 541-344-7066
Fax: 541-344-7061
jaoearth@aol.com

Susan Jane Brown, Applicant *Pro Hac Vice*
Peter M.K. Frost, Applicant *Pro Hac Vice*
Western Environmental Law Center
4107 N.E. Couch Street
Portland, Oregon  97232
Tel: 503-914-1323
Fax:  541-485-2475
brown@westernlaw.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL NORTE COUNTY, CALIFORNIA; DEL NORTE ROD AND GUN CLUB; LAKE EARL GRANGE; NORTH COAST CLIFFHANGERS 4 WHEEL DRIVE CLUB; CALIFORNIA ASSOCIATION OF 4 WHEEL DRIVE CLUBS; and BLUE RIBBON COALITION;<br><br>     Plaintiffs,<br><br>          vs.<br><br>UNITED STATES FOREST SERVICE; SIX RIVERS NATIONAL FOREST; TYRONE KELLY; MARY KAY VANDIVER;<br><br>     Defendants, and<br><br>KLAMATH-SISKIYOU WILDLANDS CENTER; and WILDLANDS CPR,<br><br>     Applicant-in-Intervention/Defendant. | Case No. CV 10-2047-NJV<br><br>APPLICANTS-IN-INTERVENTION/DEFENDANTS [PROPOSED] ANSWER |

APPLICANTS-IN-INTERVENTION/DEFENDANTS [PROPOSED] ANSWER

Page 1 – APPLICANTS-IN-INTERVENTION/DEFENDANTS [PROPOSED] ANSWER, Case No. CV 10-2047-NJV

The Applicants-in-Intervention/Defendants Klamath-Siskiyou Wildlands and Wildlands CPR ("Applicants") now answer the Plaintiffs' complaint for declaratory judgment, remand, injunctive relief, and litigation costs.

## NATURE OF THE ACTION

1. Paragraph 1 contains a characterization of Plaintiff's allegations and claims, regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

2. Paragraph 2 contains a characterization of Plaintiff's allegations and claims, regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

3. Sentences 1 and 2 of paragraph 3 contain statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments. Sentence 3 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

4. Paragraph 4 contains a characterization of Plaintiff's allegations and claims regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

5. Paragraph 5 states conclusions of law, regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

## JURISDICTION AND VENUE

6. Deny.

7. Deny.

## PARTIES

8. Admit sentences 1 through 4. Sentences 5 and 6 contain statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

9. Paragraph 9 contains statements regarding which Applicants lacks sufficient information and knowledge to admit or deny the averments.

10. Paragraph 10 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

11.     Paragraph 11 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

12.     Paragraph 12 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

13.     Paragraph 13 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

14.     Admit sentence 1.  The Applicants admit that the Forest Service is responsible for administering and overseeing United States Forest Service lands in accordance with applicable law and further answers that other agencies may also have such responsibilities.

15.     Admit.

16.     Admit sentence 1.  Sentence 2 and 3 contain statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

17.     Admit sentence 1.  Sentence 2 and 3 contain statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

## LEGAL FRAMEWORK

18.     Paragraph 18 states legal conclusions regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

19.     Admit sentences 1 and 3.  Admit sentence 2 to the extent that the excerpt correctly references the cited C.F.R. Section.

20.     Admit sentences 1 and 2.  Sentence 3 states legal conclusions regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

21.     Admit sentences 1 and 2.  The remainder of the paragraph states legal conclusions regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

22.     Admit sentences 1 and 2.  Sentence 3 states a legal conclusion regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

23.     Paragraph 23 states a legal conclusion regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

24. Paragraph 24 contains legal conclusions regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

25. Paragraph 25 states legal conclusions regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

26. Paragraph 26 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

27. Paragraph 27 states legal conclusions regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

## FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

28. Admit.

29. Sentences 1 and 2 contain statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.  Admit sentences 3 and 4.  Sentence 5 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

30. Paragraph 30 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

31. Sentence 1 contains statements regarding which the Applicants lack sufficient information and knowledge to admit or deny the averments.  Applicants admit that the Record of Decision cited in sentence 2 does generally address "recreation," and further answers that the Record of Decision incorporates broader regulations/decisions pertaining to "recreation" and other relevant terminology and regulations.

32. Paragraph 32 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

33. Paragraph 33 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

34. Paragraph 34 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

35. Paragraph 35 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

36. Admit.

37. Paragraph 37 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

38. Paragraph 38 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

39. Sentence 1 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments. Admit sentences 2 and 3.

40. Paragraph 40 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

41. Paragraph 41 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

42. Paragraph 42 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

43. Paragraph 43 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

44. Paragraph 44 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

45. Paragraph 45 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

46. Paragraph 46 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

47. Paragraph 46 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

48. Paragraph 48 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

49. Paragraph 49 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

50. Paragraph 50 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

51. Paragraph 51 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

## COUNT ONE: VIOLATION OF NFMA; Travel Management Rule
### (Adoption of MVUM)

52. The preceding paragraphs are incorporated here by reference.

53. Paragraph 53 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

54. Paragraph 54 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

55. Deny.

56. Paragraph 56 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

57. Deny.

## COUNT TWO: VIOLATION OF NEPA
### (Adoption of MVUM)

58. The preceding paragraphs are incorporated here by reference.

59. Admit.

60. Paragraph 60 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

61. Paragraph 61 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

62. Admit sentence 1.  Sentence 2 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

63. Admit.

64. Paragraph 64 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

65. Paragraph 65 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

66. Deny.

## COUNT THREE: VIOLATION OF NEPA

### (Failure to Analyze)

67. The preceding paragraphs are incorporated here by reference.

68. Paragraph 68 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

69. Paragraph 69 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

70. Paragraph 70 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

71. Paragraph 71 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

72. Paragraph 72 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

73. Deny..

## COUNT FOUR: VIOLATION OF NEPA

### (Taking Action Involving Potential Significant Effects)

74. The preceding paragraphs are incorporated here by reference.

75. Paragraph 75 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

76. Paragraph 76 contains statements regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

77. Paragraph 77 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

78. Paragraph 78 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

79. Paragraph 79 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments..

80. Deny.

## COUNT FIVE: VIOLATION OF NFMA

### (Violation of Forest Plan)

81. The preceding paragraphs are incorporated here by reference.

82. Admit.

83. Admit.

84. Deny.

85. Paragraph 85 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

86. Paragraph 86 states conclusions of law regarding which Applicants lack sufficient information and knowledge to admit or deny the averments.

87. Deny.

## REQUEST FOR RELIEF

The remainder of the Complaint consists of Plaintiffs requires for relief, regarding which Applicants lack sufficient information and knowledge to admit or deny the averments. To the extent a response is required, the Applicants deny that the Plaintiffs are entitled to the relief requested or any relief whatsoever.

## GENERAL DENIAL

Any averment in the complaint that is not expressly admitted and which requires a response is denied.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint fails to state a claim upon which relief may be granted.
2. Plaintiffs have failed to challenge a final agency action under the APA.
3. Plaintiffs have failed to challenge a major federal action under NEPA.

4. The court lacks subject matter jurisdiction over the Plaintiffs' claims

RESPECTFULLY SUBMITTED this 15th day of June, 2010.

    /s/ Julia A. Olson    .
Julia A. Olson (CA BAR # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon 97405
Tel: 541-344-7066;
Fax: 541-344-7061
jaoearth@aol.com