Julia A. Olson (CA Bar # 192642)
Wild Earth Advocates
2985 Adams Street
Eugene, Oregon  97405
Tel: 541-344-7066
Fax: 541-344-7061
jaoearth@aol.com

Susan Jane Brown, Applicant *Pro Hac Vice*
Peter M.K. Frost, Applicant *Pro Hac Vice*
Western Environmental Law Center
4107 N.E. Couch Street
Portland, Oregon  97232
Tel: 503-914-1323
Fax:  541-485-2475
brown@westernlaw.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DEL NORTE COUNTY, CALIFORNIA; DEL NORTE ROD AND GUN CLUB; LAKE EARL GRANGE; NORTH COAST CLIFFHANGERS 4 WHEEL DRIVE CLUB; CALIFORNIA ASSOCIATION OF 4 WHEEL DRIVE CLUBS; and BLUE RIBBON COALITION; | Case No. CV 10-2047-NJV |
| Plaintiffs, | |
| vs. | DECLARATION OF GEORGE SEXTON |
| UNITED STATES FOREST SERVICE; SIX RIVERS NATIONAL FOREST; TYRONE KELLY; MARY KAY VANDIVER; | |
| Defendants, and | |
| KLAMATH-SISKIYOU WILDLANDS CENTER; and WILDLANDS CPR, | |
| Applicant-in-Intervention/Defendant. | |

DECLARATION OF GEORGE SEXTON

I, GEORGE SEXTON, declare as follows:

1.      I am the Conservation Director for the Klamath-Siskiyou Wildlands Center ("KS Wild"), and I have worked for KS Wild since 2002.  I am also a financial supporter and member of KS Wild.

2.      KS Wild has approximately 1,600 members.  Our members are interested in, and support, KS Wild's work to protect the Klamath-Siskiyou ecosystem for its aesthetic, recreational, scientific, and ecological values.

3.      I have regularly and frequently visited the Smith River National Recreation Area for both professional and recreational purposes.

4.      KS Wild and our members have a long-standing interest in protecting and restoring the world-class botanical and aquatic values Congress sought to conserve with the creation of the Smith River National Recreation Area.

5.      On August 1st 2006, I submitted timely, detailed, site-specific "scoping" comments to Smith River National Recreation Area District Ranger Mary Kay Vandiver on behalf of KS Wild. Those comments identified our ongoing concerns regarding the impacts of un-regulated Off Road Vehicle (ORV) use on Key Watersheds, Late Successional Reserves, rare plant species, fish and wildlife, aquatic health, and non-motorized recreation. My August 2006 comments contained a number of site-specific recommendations regarding roads, routes, and trails within the Recreation Area.

6.      On February 12th 2007, I submitted timely, detailed, site-specific comments regarding proposed Forest Service travel management activities on behalf of KS Wild in which I indicated our concern with Forest Service proposals to: (1) add 6.5 miles of user-created routes to the Forest Service Road system in "inventoried roadless areas;" (2) designate ORV use within Botanical Areas, Research Natural Areas and Sensitive Species habitat; and (3) encourage ORV use within Port Orford cedar habitat that could spread a fatal root disease to this endemic species.

7.      I believed then, and continue to believe now, that KS Wild's interest in the protection of at-risk and rare species from harm by motorized recreation can be substantially distinguished from the multiple-use goals of the Six Rivers National Forest.

PAGE 1 –DECLARATION OF GEORGE SEXTON

8.      On May 18th 2007, I submitted a timely administrative appeal of the Smith River Road Management and Route Designation Project Decision Notice on behalf of KS Wild. That appeal objected to the Forest Service's decision to add user-created routes to the existing road system. The appeal demonstrates the divergent interests of KS Wild and the Six Rivers National Forest regarding ORV use and transportation management issues.

9.      On March 26th 2008, KS Wild sent an email to District Manager Mary Kay Vandiver (Exhibit A, 1) containing two photographs illustrating non-functional Forest Service berm road closure devices on Forest Service roads 17N49 and 305.19.00 (Exhibit A, 2 – 3).

10.     On March 26th 2008, KS Wild sent an email to District Manager Mary Kay Vandiver (Exhibit A, 4) containing two photographs illustrating (1) water running down a rut in route 305.118 through infected and uninfected Port Orford cedar trees (Exhibit A, 6); and (2) noting the non-functional waterbar consisting of branches and a tarp (Exhibit A, 5). We urged the District Ranger to reconsider her proposal to encourage recreational ORV use on this route.

11.     On March 26th 2008, KS Wild sent an email to District Manager Mary Kay Vandiver (Exhibit A, 7) containing two photographs illustrating additional water and rutting issues present on route 305.118 (Exhibit A, 8 – 9).

12.     On March 26th 2008, KS Wild sent an email to District Manager Mary Kay Vandiver (Exhibit A, 10) containing two photographs illustrating (1) flowing water in a Port Orford cedar root rot infected portion of the proposed Gasquet Mountain ORV play area (Exhibit A, 11); and (2) ORV damage in wet meadow near that same proposed play area (Exhibit A, 12).

13.     On March 26th 2008, KS Wild sent an email to District Manager Mary Kay Vandiver (Exhibit A, 13) containing two photographs illustrating of pooling and rutting in the vicinity of the proposed motorized play route into the Pine Flat Inventoried Roadless Area via route 305.109 (Exhibit A, 14 – 15).

14.      I believe that the comments and photographs referenced above serve to illustrate KS Wild's continued interest in addressing ongoing ORV damage to the unique botanical and hydrological values of the Smith River National Recreational Area. I further believe that the agency's failure to address many of the concerns and issues raised by our comments and

PAGE 2 –DECLARATION OF GEORGE SEXTON

photographs serves to illustrate how the interests of KS Wild and the Forest Service diverge.

15.     I obtain personal and professional enjoyment, fulfillment and satisfaction when visiting un-damaged lands within the Recreation Area and observing their hydrological and botanical values.

16.     While the Forest Service often views conservation of botanical and hydrological values from ORV damage as part of a multiple-use balancing act, KS Wild considers the protection of at-risk species and watersheds a paramount, singular objective. Consequently, our interest in the Motor Vehicle Use Map is distinguishable from that of the Forest Service.

17.     Both personally and professionally, I am very worried that Port Orford cedar trees (which grow only in a narrow band of the Six Rivers and Rogue River-Siskiyou National Forest) may be extirpated by a root disease that is largely spread by motorized traffic.

18.     I am very worried that irreplaceable wilderness characteristics of the Inventoried Roadless Areas in the Smith River National Forest may be lost to continuing Off Road Vehicle impacts.

19.     I am extremely concerned that largely unmanaged ORV use is occurring within rare and endangered plant species habitat within the Recreation Area.

20.     I am worried that ORV use that I have observed in and through riparian features in the Recreation Area is harming the hydrological and ecological health of the Smith River Watershed.

21.     I am concerned that many ORV users seek out fragile serpentine soils and wet meadows in which to participate in extreme off-road motorized recreation.

22.     I am very concerned that the Six Rivers National Forest and the Smith River National Recreation Area do not have adequate funding to appropriately maintain the Forest Service road system in an economically or environmentally sustainable manner.

23.     I am worried that the Smith River National Recreation Area does not have adequate resources to prevent illegal harm to natural resources by ORV enthusiasts.

24.     KS Wild has the utmost interest in retaining the published Smith River National Recreation Area Motor Vehicle Use Map that illustrates where motorized vehicle use is lawful and appropriate.

PAGE 3 –DECLARATION OF GEORGE SEXTON

I declare under penalty of perjury that the foregoing is true and correct.

                                      /s/ George Sexton       .
GEORGE SEXTON

*Original signature on file with Counsel*

PAGE 4 – DECLARATION OF GEORGE SEXTON

# EXHIBIT A

```
To: Mary K Vandiver <mvandiver@fs.fed.us>
From: George Sexton <gs@kswild.org>
Subject: Routes Photos 1/5
Cc: Brenda Devlin <bdevlin@fs.fed.us>, Mike McCain <mmccain@fs.fed.us>
Bcc: upsprout@yahoo.com, bahr@westernlaw.org, klam_watch@yahoo.com, scott@wildcalifornia.org,
joseph@kswild.org, greg@yournec.org, stephanie@kswild.org, jkalt@asis.com, lesley@kswild.org,
erica@yournec.org, chris@kswild.org, kerul.dyer@gmail.com, james@fseee.org
```

Attached are photos of berms "closing" roads meeting (1) 17N49 and (2) the Wimer Road at 305.19.00.

You may recall that KS Wild unsuccessfully requested that the agency analyze and disclose the effectiveness of berms and gates as closure devises. Our hope was that the agency would substantively address our concerns regarding the efficacy of these measures vis-a-vis other closure methodologies such as increased law enforcement or road ripping and decommissioning.

---



Non-functional Forest Service berm road closure devices on Forest Service road 17N49.



Non-functional Forest Service berm road closure devices on Forest Service road 305.19.00.

```
To: Mary K Vandiver <mvandiver@fs.fed.us>
From: George Sexton <gs@kswild.org>
Subject: Routes Photos 2/5
Cc: Brenda Devlin <bdevlin@fs.fed.us>, Mike McCain <mmccain@fs.fed.us>
Bcc: upsprout@yahoo.com, bahr@westernlaw.org, klam_watch@yahoo.com, scott@wildcalifornia.org,
joseph@kswild.org, greg@yournec.org, stephanie@kswild.org, jkalt@asis.com, lesley@kswild.org,
erica@yournec.org, chris@kswild.org, kerul.dyer@gmail.com, james@fseee.org


Attached are two photos of route 305.118 which is proposed for permanent designation as a motorized
route in your route and road management EA.

Please note that the photos illustrate water running down a rut in the route through infected and
uninfected Port Orford Cedar trees. Please further note the attempted waterbar with branches and a
tarp.

I urge you to visit this route and reconsider the proposal to welcome increased motorized use on it.
```



Non-functional waterbar consisting of branches and a tarp on route 305.118.



Water running down a rut in route 305.118 through infected
and uninfected Port Orford cedar trees.

```
To: Mary K Vandiver <mvandiver@fs.fed.us>
From: George Sexton <gs@kswild.org>
Subject: Routes Photos 3/5
Cc: Brenda Devlin <bdevlin@fs.fed.us>, Mike McCain <mmccain@fs.fed.us>
Bcc: upsprout@yahoo.com, bahr@westernlaw.org, klam_watch@yahoo.com, scott@wildcalifornia.org,
joseph@kswild.org, greg@yournec.org, stephanie@kswild.org, jkalt@asis.com, lesley@kswild.org,
erica@yournec.org, chris@kswild.org, kerul.dyer@gmail.com, james@fseee.org


Attached are two additional photos of proposed ORV route 305.118 illustrating water and rutting issues
present on the route.
```



Additional water and rutting issues present on route 305.118.



Additional water and rutting issues present on route 305.118.

```
To: Mary K Vandiver <mvandiver@fs.fed.us>
From: George Sexton <gs@kswild.org>
Subject: Routes Photos 4/5
Cc: Brenda Devlin <bdevlin@fs.fed.us>, Mike McCain <mmccain@fs.fed.us>
Bcc: upsprout@yahoo.com, bahr@westernlaw.org, klam_watch@yahoo.com, scott@wildcalifornia.org,
joseph@kswild.org, greg@yournec.org, stephanie@kswild.org, jkalt@asis.com, lesley@kswild.org,
erica@yournec.org, chris@kswild.org, kerul.dyer@gmail.com, james@fseee.org


Attached are two photos illustrating: (1) flowing water in an POC infected portion of the proposed
Gasquet Mt. ORV play area; and (2) ORV use in a meadow near that same proposed play area.
```



Flowing water in a Port Orford cedar root rot infected portion of the
proposed Gasquet Mountain ORV play area.



ORV damage in wet meadow near the proposed Gasquet Mountain ORV play area.

```
To: Mary K Vandiver <mvandiver@fs.fed.us>
From: George Sexton <gs@kswild.org>
Subject: Routes Photos 5/5
Cc: Brenda Devlin <bdevlin@fs.fed.us>, Mike McCain <mmccain@fs.fed.us>
Bcc: upsprout@yahoo.com, bahr@westernlaw.org, klam_watch@yahoo.com, scott@wildcalifornia.org,
joseph@kswild.org, greg@yournec.org, stephanie@kswild.org, jkalt@asis.com, lesley@kswild.org,
erica@yournec.org, chris@kswild.org, kerul.dyer@gmail.com, james@fseee.org


Attached are two photos of pooling and rutting in the vicinity of the proposed motorized play route
into the Pine Flat Inventoried Roadless Area via route 305.109.
```



Pooling and rutting in the vicinity of the proposed motorized play route into the Pine Flat Inventoried Roadless Area via route 305.109.



Pooling and rutting in the vicinity of the proposed motorized play route into
the Pine Flat Inventoried Roadless Area via route 305.109.