Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RECEIVED JUL 2010 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Del Norte County, et al.

Plaintiff(s),

v.

United States Forest Service, Klamath-Siskiyou Wildlands Center, et al.

Defendant(s).

CASE NO. C 10-02047 JSW

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Susan Jane M. Brown , an active member in good standing of the bar of Oregon and Washington whose business address and telephone number (particular court to which applicant is admitted) is Western Environmental Law Center, 4107 N.E. Couch Street, Portland, Oregon 97232, 503-914-1323; brown@westernlaw.org

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Klamath-Siskiyou Wildlands Center and Wildlands CPR

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: ~~July 2, 2010~~
July 16, 2010

*/s/ Jeffrey S. White*
United States District Judge