RECEIVED JUL 2010 RICHARD W. CLERK, U.S. DISTRICT NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Del Norte County et al.<br><br>Plaintiff,<br>v.<br><br>United States Forest Service et al.<br><br>Defendant. | CASE NO. C 10-02047 JSW<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Peter M.K. Frost , whose business address and telephone number is

Western Environmental Law Center, 1216 Lincoln Street, Eugene, Oregon, 97401
541-359-3238

and who is an active member in good standing of the bar of Oregon

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

Jeffrey S. White
United States District Judge