PAUL A. TURCKE (admitted *pro hac vice*)
MOORE SMITH BUXTON & TURCKE
950 West Bannock Street, Suite 520
Boise, Idaho 83702
Telephone:  (208) 331-1800
Facsimile:  (208) 331-1202
pat@msbtlaw.com

DENNIS PORTER (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, CA 95824-2304
Telephone:  (916) 381-8300
Facsimile:  (916) 381-8726
dlporter2@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL NORTE COUNTY, CALIFORNIA; DEL NORTE ROD AND GUN CLUB; LAKE EARL GRANGE; NORTH COAST CLIFFHANGERS 4 WHEEL DRIVE CLUB; CALIFORNIA ASSOCIATION OF 4 WHEEL DRIVE CLUBS; BLUE RIBBON COALITION;<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; an agency of the United States Department of Agriculture; SIX RIVERS NATIONAL FOREST; TYRONE KELLEY, Forest Supervisor, Six Rivers National Forest; MARY KAY VANDIVER, District Ranger, Gasquet Ranger District/Smith River National Recreation Area;<br><br>        Defendants,<br><br>and<br><br>KLAMATH-SISKIYOU WILDLANDS CENTER; and WILDLANDS CPR,<br><br>        Defendant-Intervenors. | Case No.  CV 10-2047-JSW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFFS |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Page 1

In accordance with Civil Local Rule 3-16, Plaintiffs, through their undersigned counsel, hereby certify that they know of no entity or person other than the named parties to the above-captioned action who must be disclosed under paragraph (b)(1) of Civ.L.R. 3-16.

DATED this 12th day of August, 2010,

/s/*Paul A. Turcke*
Paul A. Turcke
Moore Smith Buxton & Turcke, Chtd.
950 West Bannock Street, Suite 520
Boise, ID 83702
Tel: (208) 331-1800
Fax: (208) 331-1202
E-mail: pat@msbtlaw.com

Of Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Paul A. Turcke, hereby certify that on August 12, 2010, I caused the foregoing to be served upon counsel of record the the Court's CM/ECF system. I declare under penalty of perjury that the foregoing is true and correct.

/s/*Paul A. Turcke*
Paul A. Turcke

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – Page 2