PAUL A. TURCKE (admitted *pro hac vice*)
MOORE SMITH BUXTON & TURCKE
950 West Bannock Street, Suite 520
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
pat@msbtlaw.com

DENNIS PORTER (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, CA 95824-2304
Telephone: (916) 381-8300
Facsimile: (916) 381-8726
dlporter2@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL NORTE COUNTY, CALIFORNIA; DEL NORTE ROD AND GUN CLUB; LAKE EARL GRANGE; NORTH COAST CLIFFHANGERS 4 WHEEL DRIVE CLUB; CALIFORNIA ASSOCIATION OF 4 WHEEL DRIVE CLUBS; BLUE RIBBON COALITION;<br><br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; an agency of the United States Department of Agriculture; SIX RIVERS NATIONAL FOREST; TYRONE KELLEY, Forest Supervisor, Six Rivers National Forest; MARY KAY VANDIVER, District Ranger, Gasquet Ranger District/Smith River National Recreation Area;<br><br>          Defendants,<br><br>and<br><br>KLAMATH-SISKIYOU WILDLANDS CENTER; and WILDLANDS CPR,<br><br>          Defendant-Intervenors. | Case No. CV 10-2047-JSW<br><br>STIPULATION REGARDING CASE MANAGEMENT CONFERENCE<br><br>Date: Aug. 27, 2010<br>Time: 1:30 p.m.<br>Courtroom 11, 19th Floor<br>Hon. Jeffrey S. White |

STIPULATION REGARDING CASE MANAGEMENT CONFERENCE – Page 1

All parties to this action, through their undersigned counsel of record, hereby stipulate and agree as follows:

(1) This matter is presently set for a case management conference on August 27, 2010 at 1:30 p.m. In anticipation of that conference, the parties filed a joint case management statement on August 13, 2010 (Dkt. # 38).

(2) The parties believe that the joint statement fully addresses scheduling and other matters in this case. In order to best apply and conserve the resources of the parties and the Court in this matter, counsel believe it is appropriate, should the Court agree, to enter a case management order based upon the joint statement without personal appearance of counsel and to vacate the August 27th case management conference.

(3) The parties stipulate and jointly request that the Court enter a scheduling order consistent with the schedule provided in the joint statement, including the following provisions:

(a). <u>Lodging and Service of the Administrative Record</u>. The Federal Defendants shall certify, submit, and serve the Administrative Record on or before October 30, 2010.

(b). <u>Motions to Supplement the Administrative Record or Seek Discovery</u>. If any other party believes that the administrative record is incomplete, that party may send notice to the other parties so that they may attempt to resolve any disputes in good faith without Court involvement. If, after a period of fifteen (15) days following such notice, the dispute remains unresolved, the party raising the dispute may file a motion seeking to supplement the record through discovery or related procedures, consistent with applicable law. Any such motion shall be filed on or before December 15, 2010. A party thereafter seeking to supplement the record with additional material must demonstrate good cause for the failure to first offer that material in

STIPULATION REGARDING CASE MANAGEMENT CONFERENCE – Page 2

accordance with the procedures just described, in addition to demonstrating that the proposed supplementation complies with applicable principles of law.

(c). <u>Motions for Summary Judgment</u>. The parties will present the merits through cross-motions for summary judgment according to the following schedule:

(i) Plaintiffs will file their motion and supporting papers on or before January 28, 2011, or within 30 days of the resolution of any pending motion to supplement the administrative record and the filing, if necessary, of any supplemental record documents, whichever is later.

(ii) The Federal Defendants and Intervenors each will file their respective cross-motions and supporting papers within 28 days of Plaintiffs' opening motion.

(iii) Plaintiffs will file their responsive brief(s) within 21 days of the Federal Defendants' and Intervenors' cross-motions.

(iv) The Federal Defendants and Intervenors will file their responsive briefs within 21 days of the Plaintiffs' responsive brief(s).

(d) <u>Page Limits</u>. Briefs in support of opening motions and cross-motions shall be limited to 25 pages. Responsive briefs shall be limited to 15 pages.

(4). <u>Hearing on Motions</u>. Prior to filing their motion, Plaintiffs shall determine and provide notice of a suitable hearing date in accordance with the Court's calendaring procedures.

IT IS SO STIPULATED.

                                              FOR THE PLAINTIFFS

DATED: August 23, 2010         /s/    *Paul A. Turcke*
                                               PAUL A. TURCKE
                                               Moore Smith Buxton & Turcke, Chtd.
                                               950 West Bannock Street, Suite 520
                                               Boise, ID 83702
                                               Tel: (208) 331-1800

STIPULATION REGARDING CASE MANAGEMENT CONFERENCE – Page 3

|   |   |
|---|---|
| 1 | Fax:  (208) 331-1202 |
| 2 | E-mail:  pat@msbtlaw.com |

FOR THE DEFENDANTS

DATED:  August 23, 2010   IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
/s/      *David B. Glazer*
[Concurrence obtained per General Order 45.X]


DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:  (415) 744-6491
Fax:  (415) 744-6476
E-mail:  David.Glazer@usdoj.gov


FOR THE INTERVENORS

DATED:  August 23, 2010   /s/      *Susan Jane Brown*
[Concurrence obtained per General Order 45.X]
SUSAN JANE BROWN
Western Environmental Law Center
4107 N.E. Couch Street
Portland, OR 97232
Tel:  (503) 914-1323
Fax:  (541) 723-4426
E-mail:  brown@westernlaw.org

STIPULATION REGARDING CASE MANAGEMENT CONFERENCE – Page 4

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained the concurrence of Defendants' and Intervenors' counsel in this filing, indicated by their signatures of counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated: August 23, 2010  /s/ *Paul A. Turcke*
　　　　　　　　　　　　　　　　　Paul A. Turcke

CERTIFICATE OF SERVICE

I, Paul A. Turcke, hereby certify that on August 23, 2010, I caused the foregoing to be served upon counsel of record the Court's CM/ECF system. I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　/s/ *Paul A. Turcke*
　　　　　　　　　　　　　　　　　Paul A. Turcke

STIPULATION REGARDING CASE MANAGEMENT CONFERENCE – Page 5