PAUL A. TURCKE (admitted *pro hac vice*)
MOORE SMITH BUXTON & TURCKE
950 West Bannock Street, Suite 520
Boise, Idaho 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
pat@msbtlaw.com

DENNIS PORTER (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, CA 95824-2304
Telephone: (916) 381-8300
Facsimile: (916) 381-8726
dlporter2@yahoo.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL NORTE COUNTY, CALIFORNIA; DEL NORTE ROD AND GUN CLUB; LAKE EARL GRANGE; NORTH COAST CLIFFHANGERS 4 WHEEL DRIVE CLUB; CALIFORNIA ASSOCIATION OF 4 WHEEL DRIVE CLUBS; BLUE RIBBON COALITION;<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; an agency of the United States Department of Agriculture; SIX RIVERS NATIONAL FOREST; TYRONE KELLEY, Forest Supervisor, Six Rivers National Forest; MARY KAY VANDIVER, District Ranger, Gasquet Ranger District/Smith River National Recreation Area;<br><br>    Defendants,<br><br>and<br><br>KLAMATH-SISKIYOU WILDLANDS CENTER; and WILDLANDS CPR,<br><br>    Defendant-Intervenors. | Case No. CV 10-2047-JSW<br><br>(~~PROPOSED~~)<br>ORDER SETTING SCHEDULE<br>AND VACATING CASE<br>MANAGEMENT CONFERENCE<br><br>Date: Aug. 27, 2010<br>Time: 1:30 p.m.<br>Courtroom 11, 19th Floor<br>Hon. Jeffrey S. White |

(~~PROPOSED~~)
ORDER SETTING SCHEDULE
AND VACATING CASE MANAGEMENT CONFERENCE – Page 1

This matter is set for a case management conference on August 27, 2010 at 1:30 p.m. The parties have filed a joint case management statement (Dkt. # 38) as well as a stipulation outlining a proposed litigation schedule. In consideration of the foregoing, and good cause having been shown-

IT IS HEREBY ORDERED:

(1) The case management conference scheduled for August 27, 2010 at 1:30 p.m. is hereby VACATED.

(2) This matter shall proceed according to the following schedule:

(a). <u>Lodging and Service of the Administrative Record</u>. The Federal Defendants shall certify, submit, and serve the Administrative Record on or before October 30, 2010.

(b). <u>Motions to Supplement the Administrative Record or Seek Discovery</u>. If any other party believes that the administrative record is incomplete, that party may send notice to the other parties so that they may attempt to resolve any disputes in good faith without Court involvement. If, after a period of fifteen (15) days following such notice, the dispute remains unresolved, the party raising the dispute may file a motion seeking to supplement the record through discovery or related procedures, consistent with applicable law. Any such motion shall be filed on or before December 15, 2010. A party thereafter seeking to supplement the record with additional material must demonstrate good cause for the failure to first offer that material in accordance with the procedures just described, in addition to demonstrating that the proposed supplementation complies with applicable principles of law.

(c). <u>Motions for Summary Judgment</u>. The parties will present the merits through cross-motions for summary judgment according to the following schedule:

(PROPOSED)
ORDER SETTING SCHEDULE
AND VACATING CASE MANAGEMENT CONFERENCE – Page 2

(i). Plaintiffs will file their motion and supporting papers on or before January 28, 2011, or within 30 days of the resolution of any pending motion to supplement the administrative record and the filing, if necessary, of any supplemental record documents, whichever is later.

(ii). The Federal Defendants and Intervenors each will file their respective cross-motions and supporting papers within 28 days of Plaintiffs' opening motion.

(iii). Plaintiffs will file their responsive brief(s) within 21 days of the Federal Defendants' and Intervenors' cross-motions.

(iv). The Federal Defendants and Intervenors will file their responsive briefs within 21 days of the Plaintiffs' responsive brief(s).

(d) <u>Page Limits</u>. Briefs in support of opening motions and cross-motions shall be limited to 25 pages. Responsive briefs shall be limited to 15 pages.

(4). <u>Hearing on Motions</u>. Prior to filing their motion, Plaintiffs shall determine and provide notice of a suitable hearing date in accordance with the Court's calendaring procedures.

IT IS SO ORDERED.

DATED this 24th day of August, 2010.

_____
Hon. Jeffrey S. White
United States District Judge