IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL:  (415) 744–6491
FAX:  (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL NORTE COUNTY, *et al.*, | No. 3:10-cv-02047-JSW |
| Plaintiffs, | FEDERAL DEFENDANTS' MANUAL FILING NOTIFICATION RE:  ELECTRONIC COPY OF ADMINISTRATIVE RECORD |
| v. | |
| UNITED STATES FOREST SERVICE, *et al.*, | |
| Defendants. | Date:   N/A |
| | Time:   N/A |
| | Courtroom No. 11 |
| | Hon. Jeffrey S. White |

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047- JSW
Federal Defendants' Manual Filing Notification re:  Electronic Copy of Administrative Record

1    Federal Defendants United States Forest Service, Six Rivers National Forest, Tyrone Kelley, and
2 May Kay Vandiver submit the following Manual Filing Notification concerning filing of the
3 Administrative Record in this matter.
4    The Administrative Record is contained in electronic format on DVD, which is being manually
5 filed with the Clerk's Office due to its large file size and will be maintained there in physical form.  For
6 information on retrieving this filing directly from the Court, please see the Court's main web site at
7 http://www.cand.uscourts.gov under Frequently Asked Questions ("FAQ").  As stated in the
8 accompanying Certification, the DVD contains an index of the Administrative Record documents, in
9 addition to the documents themselves.
10    Copies of the DVD are being served on counsel for the other parties in accordance with the
11 accompanying Certificate of Service.
12    In addition, a courtesy paper copy of the Administrative Record has been prepared for delivery to
13 Chambers.

Respectfully submitted,

DATED:  October 29, 2010        IGNACIA S. MORENO
                                Assistant Attorney General
                                Environment & Natural Resources Division

                                /s/*David B. Glazer*
                                DAVID B. GLAZER
                                Natural Resources Section
                                Environment & Natural Resources Division
                                United States Department of Justice
                                301 Howard Street, Suite 1050
                                San Francisco, California
                                Tel:   (415) 744-6491
                                Fax:  (415) 744-6476
                                E-mail:  David.Glazer@usdoj.gov

                                *Attorneys for the Federal Defendants*

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Federal Defendants' Manual Filing Notification re:  Electronic Copy of Administrative Record        1

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on October 29, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 29, 2010                    /s/*David B. Glazer*
                                             David B. Glazer

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Federal Defendants' Manual Filing Notification re:  Electronic Copy of Administrative Record          2