1 | IGNACIA S. MORENO
Assistant Attorney General
2 | Environment & Natural Resources Division
United States Department of Justice
3
DAVID B. GLAZER (D.C. 400966)
4 | Natural Resources Section
Environment & Natural Resources Division
5 | United States Department of Justice
301 Howard Street, Suite 1050
6 | San Francisco, California 94105
TEL: (415) 744–6491
7 | FAX: (415) 744-6476
e-mail: david.glazer@usdoj.gov
8
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DEL NORTE COUNTY, *et al.*, | No. 3:10-cv-02047-JSW |
| Plaintiffs, | |
| v. | FEDERAL DEFENDANTS' CERTIFICATION OF ADMINISTRATIVE RECORD |
| UNITED STATES FOREST SERVICE, *et al.*, | Date: N/A |
| Defendants. | Time: N/A |
| | Courtroom No. 11 |
| | Hon. Jeffrey S. White |

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047- JSW
Federal Defendants' Certification of Administrative Record

I, Linda J. West, declare as follows:

1. I am an Environmental Planner employed by the United States Department of Agriculture, Forest Service, Six Rivers National Forest located in Eureka, California. I have been employed by the Forest Service for approximately thirty-six years. I oversaw the coordination and compilation of the administrative record for the road maintenance activities at issue in this case.

2. Attached to this declaration as Exhibit 1 is the index for the administrative record for the road maintenance activities at issue in this case. To the best of my knowledge, this index identifies those documents before the decision maker in connection with the Forest Service's decisions regarding these activities.

3. The administrative record is comprised of numbered documents in searchable Adobe Acrobat format (PDF) copied onto DVD. The index to these documents was produced in both Adobe Acrobat (PDF) (as attached) and Microsoft Excel formats (on DVD). The index formatted in Microsoft Excel contains electronic links to individual PDF documents contained on DVD.

4. To the best of my knowledge, these documents constitute a true, correct, and complete copy of the administrative record for the road maintenance activities at issue in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of October, 2010, in Eureka, California.

LINDA J. WEST

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Federal Defendants' Certification of Administrative Record

1

CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on October 29, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2010        /s/*David B. Glazer*
               David B. Glazer

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Federal Defendants' Certification of Administrative Record   2

# SMITH RIVER ADMINSTRATIVE RECORD

| BATES # | TAB # | VOL # | DATE | AUTHOR | DOCUMENT TITLE / DESCRIPTION |
|---|---|---|---|---|---|
| **Land and Resource Management Plan** | | | | | |
| NRA000001 | 1 | 1 | | | Six Rivers Land and Resource Management Plan |
| **Roads Analysis** | | | | | |
| NRA000377 | 2 | 1 | November 2005 | US Dept. of Agriculture, Forest Service (Pacific Southwest Region) | Smith River National Recreation Area (NRA) Roads Analysis and Off-Highway Vehicle Strategy |
| **Roads Data** | | | | | |
| NRA000445 | 3 | 2 | June 22, 2009 | | Excel Spreadsheet re Snapshot of Smith River Infra Roads Data Used to Develop 2009 MVUM |
| **Maps** | | | | | |
| NRA000511 | 4 | 2 | 2009 | US Dept. of Agriculture, Forest Service | Motor Vehicle Use Map, Northern Portion of Smith River National Recreation Area |
| NRA000512 | 5 | 2 | 2009 | US Dept. of Agriculture, Forest Service | Motor Vehicle Use Map, Southern Portion of Smith River National Recreation Area |
| **Interagency Consultation** | | | | | |
| NRA000513 | 6 | 2 | November 16, 2006 | Brenda Devlin-Craig, Wildlife Biologist | Smith River National Recreation Area Road Management and Route Designation Project - Biological Assessment/Evaluation for Threatened, Endangered, Proposed and Forest Service Sensitive Species |
| NRA000532 | 7 | 2 | February, 2007 | Michael McCain, Fishery Biologist | Smith River Road Management and Route Designation Project - Biological Assessment/Evaluation for Threatened, Endangered, Proposed and Forest Service Sensitive Fish Species |
| NRA000605 | 8 | 2 | February 7, 2007 | | TABLE A to Smith River Road Management and Route Designation Project - Biological Assessment/Evaluation for Threatened, Endangered, Proposed and Forest Service Sensitive Fish Species: "System Roads Proposed Action to Keep or Improve and Keep" |

# SMITH RIVER ADMINSTRATIVE RECORD

| BATES # | TAB # | VOL # | DATE | AUTHOR | DOCUMENT TITLE / DESCRIPTION |
|---|---|---|---|---|---|
| NRA000629 | 9 | 2 | February 7, 2007 | | TABLE B to Smith River Road Management and Route Designation Project - Biological Assessment/Evaluation for Threatened, Endangered, Proposed and Forest Service Sensitive Fish Species: "System Roads Proposed Action to Remove from System" |
| NRA000642 | 10 | 2 | February 7, 2007 | | TABLE C to Smith River Road Management and Route Designation Project - Biological Assessment/Evaluation for Threatened, Endangered, Proposed and Forest Service Sensitive Fish Species: "Non-System Roads Proposed Action to Improve and Add to System" |
| NRA000652 | 11 | 2 | February 7, 2007 | | TABLE D to Smith River Road Management and Route Designation Project - Biological Assessment/Evaluation for Threatened, Endangered, Proposed and Forest Service Sensitive Fish Species: "Non-System Roads Proposed Action Do Not Add to System" |
| NRA000670 | 12 | 2 | February 16, 2007 | Rodney R. McInnis, Regional Manager USDC National Oceanic and Atmosphere Administration | Letter to Tyrone Kelly, Forest Supervisor for Six Rivers National Forest re Concurrence on BA/BE for Threatened, Endangered, Proposed and Forest Service Sensitive Fish Species from the National Marine Fisheries Service |
| NRA000675 | 13 | 2 | February 20, 2007 | U.S. Fish and Wildlife Service, Arcata Fish and Wildlife Office | Biological Opinion on BA/BE for Threatened, Endangered, Proposed and Forest Service Sensitive Species for Road Management & Route Designation Project. |
| | | | | | **Contract & Contract Administration Documents** |
| NRA000744 | 14 | 2 | N/A | Pam Winn, On-Site Government Official | Statement of Work for Smith River NRA Stormproofing Contract (AG-91 W8-S-09-0026) |
| NRA000791 | 15 | 2 | August 14, 2009 | | Standard Wages and Rates for Heavy Equipment Work - DB Wage CA4 |
| NRA000805 | 16 | 2 | 2009 | USDA Forest Service, Six Rivers National Forest | Smith River NRA Stromproofing Specifications Cover Sheet and Vicinity Map |
| NRA000806 | 17 | 2 | April 1, 2008 | Kurt Werner (Drawer) for USDA Forest Service | Drawing re NRA Stormproofing Specifications for a Type 2 Rolling Dip |
| NRA000807 | 18 | 2 | 2009 | USDA Forest Service, Six Rivers National Forest | Smith River NRA Stormproofing Specifications on Outsloping Details. |
| NRA000808 | 19 | 2 | 2009 | USDA Forest Service, Six Rivers National Forest | Smith River NRA Stormproofing Specifications on Culvert Removal |

## SMITH RIVER ADMINSTRATIVE RECORD

| BATES # | TAB # | VOL # | DATE | AUTHOR | DOCUMENT TITLE / DESCRIPTION |
|---|---|---|---|---|---|
| NRA000809 | 20 | 2 | 2009 | USDA Forest Service, Six Rivers National Forest | Smith River NRA Stormproofing Specifications on Decommissioning Waterbar Typical |
| NRA000810 | 21 | 2 | August 24, 2009 | USDA Forest Service | Advertisement for Contract re Smith River NRA Storm Proofing |
| NRA000811 | 22 | 2 | August 31, 2009 | | Solicitation, Offer, and Contract Award Documents to Perform Smith River NRA Stormproofing to Backhoe Excavation |
| NRA000815 | 23 | 2 | October 26, 2009 | | Amendment of Solicitation/Modification of Contract to Change Contracting Officer |
| NRA000816 | 24 | 2 | November 30, 2009 | Pam Winn, On-Site Government Official | Contract Daily Diary for Smith River NRA Storm Proofing |
| NRA000817 | 25 | 2 | December 2, 2009 | Pam Winn, On-Site Government Official | Contract Daily Diary for Smith River NRA Storm Proofing |
| NRA000818 | 26 | 2 | December 7, 2009 | Pam Winn, On-Site Government Official | Contract Daily Diary for Smith River NRA Storm Proofing |
| NRA000819 | 27 | 2 | December 10, 2009 | Pam Winn, On-Site Government Official | Contract Daily Diary for Smith River NRA Storm Proofing |
| NRA000820 | 28 | 2 | December 14, 2009 | Pam Winn, On-Site Government Official | Contract Daily Diary for Smith River NRA Storm Proofing |
| NRA000821 | 29 | 2 | December 16, 2009 | Pam Winn, On-Site Government Official | Telephone Conversation Record between Gerard Pelletier and Pam Winn re Contract |
| NRA000822 | 30 | 2 | December 18, 2009 | Pam Winn, On-Site Government Official | Contract Daily Diary for Smith River NRA Storm Proofing |
| NRA000823 | 31 | 2 | December 22, 2009 | Diane Bales, USDA Forest Service | Contract Daily Diary for Smith River NRA Storm Proofing |
| NRA000824 | 32 | 2 | December 22, 2009 | Diane Bales, USDA Forest Service | Suspension/Stop Work Order to Gerard Pelletier Backhoe and Excavation Due to Wet Weather Conditions |
| | | | | **Photos** | |
| NRA000825 | 33 | 2 | July 13, 2009 | | Culvert On Road 17N92 Prior to Removal |
| NRA000826 | 34 | 2 | July 30, 2009 | | Road 17N92 Prior to Road Work |
| NRA000827 | 35 | 2 | December 7, 2009 | | Clearing Roadway for Project |
| NRA000828 | 36 | 2 | December 7, 2009 | | Pipe Removal |
| NRA000829 | 37 | 2 | December 14, 2009 | | Contract Erosion Control Work |
| NRA000830 | 38 | 2 | December 14, 2009 | | Contract Erosion Control Channel Work |

## SMITH RIVER ADMINSTRATIVE RECORD

| BATES # | TAB # | VOL # | DATE | AUTHOR | DOCUMENT TITLE / DESCRIPTION |
|---|---|---|---|---|---|
| NRA000831 | 39 | 2 | December 22, 2009 | | Two photos of Erosion Control Work Performed by Forest Service Employees on 12/22/09. Work Completed by Hand and Consisted of Spreading Vegetative Material Over Disturbed Areas to Reduce Erosion. Note: the Small Size of Channels and Clarity of the Water |
| NRA000833 | 40 | 2 | January 20, 2010 | | Three photos of post storm event monitoring on road 17N92 on 1/22/10. Erosion control measures in place, slumping & erosion minimal, water clarity good. Post_storm_monitoring.pdf |