IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL NORTE COUNTY, *et al.*, | No. 3:10-cv-02047-JSW |
| Plaintiffs, | FEDERAL DEFENDANTS' CERTIFICATE OF SERVICE OF ADMINISTRATIVE RECORD |
| v. | |
| UNITED STATES FOREST SERVICE, *et al.*, | Date:   N/A |
| Defendants. | Time:   N/A |
| | Courtroom No. 11 |
| | Hon. Jeffrey S. White |

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047- JSW
Federal Defendants' Certificate of Service of Administrative Record

Federal Defendants United States Forest Service, Six Rivers National Forest, Tyrone Kelley, and May Kay Vandiver submit this Certificate of Service of the Administrative Record in this matter, which is being manually filed with the Court.

I hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that copies of the DVD disks containing electronic copies of the Administrative Record were served upon the following counsel of record by U.S. Mail, postage prepaid, on October 29, 2010:

For the Plaintiffs

Paul A. Turcke, Esq.
950 West Bannock Street, Suite 520
Boise, Idaho  83702

For the Intervenor-Defendants

Susan Jane M. Brown, Esq.
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon  97232

Respectfully submitted,

DATED:  October 29, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California
Tel:   (415) 744-6491
Fax:  (415) 744-6476
E-mail:  David.Glazer@usdoj.gov

*Attorneys for the Federal Defendants*

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Federal Defendants' Certificate of Service of Administrative Record                                            1

<u>CERTIFICATE OF SERVICE</u>

I, David B. Glazer, hereby certify that, on October 29, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 29, 2010                    /s/*David B. Glazer*
                                                                         David B. Glazer