IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEL NORTE COUNTY, *et al.*, | No. 3:10-cv-02047-JSW |
| Plaintiffs, | PARTIES' STIPULATION AND [PROPOSED] ORDER STAYING CASE |
| v. | |
| UNITED STATES FOREST SERVICE, *et al.*, | Date:   N/A |
| Defendants. | Time:   N/A |
| | Courtroom No. 11 |
| | Hon. Jeffrey S. White |

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047- JSW
Parties' Stipulation and Proposed Order Staying Case

Plaintiffs Del Norte County, Del Norte Rod And Gun Club, Lake Earl Grange, North Coast Cliffhangers 4 Wheel Drive Club, California Association Of 4 Wheel Drive Clubs, and Blue Ribbon Coalition; Federal Defendants United States Forest Service, Six Rivers National Forest, Tyrone Kelley, and May Kay Vandiver; and Intervenor-Defendants Klamath-Siskiyou Wildlands Center and Wildlands CPR (the "Parties") hereby stipulate as follows, subject to Court approval:

1. Representatives of the Parties and others have been involved in an ongoing collaborative process under the guidance of the Six Rivers National Forest that addresses the designation of routes that will be shown on the Motor Vehicle Use Map ("MVUM") for the Smith River National Recreation Area. This collaborative process has resulted in an agreement in principle on a proposed action that includes a proposed revision to the MVUM, which is one subject of Plaintiffs' complaint.

2. The proposed revision must be analyzed under the National Environmental Policy Act ("NEPA") in a document that will then be circulated for further public comment. If that NEPA document reflects the proposed revision as anticipated, Plaintiffs' present claims concerning the MVUM would not need to be resolved through this litigation.

3. In the interim, prior to publication of the draft NEPA document, and except in the event of an emergency, Defendants agree to inform the Parties' counsel of any ground-disturbing actions on any National Forest roads, trails, or areas considered for designation in the aforementioned NEPA document that are intended to temporarily or permanently restrict or alter passage by any mode of motor vehicle travel within the Smith River National Recreation Area/Gasquet Ranger District, not less than thirty (30) days in advance of such action. In the event of an emergency action, the Defendants agree to provide notice as soon as is practicable. Notice in all cases shall be sent to counsel of record signing this Stipulation.

4. Accordingly, the Parties believe that it would be appropriate to stay the litigation until the draft NEPA document is published. Within 14 days of the date of publication, the Parties will either jointly move to dismiss the litigation, or will submit a status report advising the Court of any further issues that need to be addressed.

5. The Parties will submit a status report on or before January 7, 2011, advising the Court of

the status of the NEPA process for the proposed revisions to the MVUM, unless the procedure set forth in Paragraph 4 has already been complied with.

SO STIPULATED:

                FOR THE PLAINTIFFS

DATED: November 29, 2010      /s/*Paul A. Turcke*
                PAUL A. TURCKE
                [Concurrence obtained per General Order 45.X]
                Moore Smith Buxton & Turcke, Chtd.
                950 West Bannock Street, Suite 520
                Boise, ID 83702
                Tel:  (208) 331-1800
                Fax:  (208) 331-1202

                E-mail:  pat@msbtlaw.com

                FOR THE FEDERAL DEFENDANTS

DATED: November 29, 2010      IGNACIA S. MORENO
                Assistant Attorney General
                Environment & Natural Resources Division

                /s/*David B. Glazer*
                DAVID B. GLAZER
                Natural Resources Section
                Environment & Natural Resources Division
                United States Department of Justice
                301 Howard Street, Suite 1050
                San Francisco, California
                Tel:  (415) 744-6491
                Fax:  (415) 744-6476
                E-mail:  David.Glazer@usdoj.gov

                FOR THE INTERVENORS

DATED: November 29, 2010      /s/*Susan Jane M. Brown*
                [Concurrence obtained per General Order 45.X]
                SUSAN JANE M. BROWN
                Western Environmental Law Center
                4107 N.E. Couch Street
                Portland, OR 97232
                Tel:  (503) 914-1323
                Fax:  (541) 723-4426
                E-mail:  brown@westernlaw.org

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained the concurrence of Plaintiffs' and Intervenors' counsel in this filing, indicated by their signatures of counsel represented by a "conformed" signature ("/s/") within this e-filed document.

Dated:  November 29, 2010                    /s/*David B. Glazer*
                                                               DAVID B. GLAZER

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Parties' Stipulation and Proposed Order Staying Case                                                  3

[PROPOSED] ORDER

Upon consideration of the foregoing Stipulation of the Parties, good cause having been shown, it is hereby ORDERED that

1. The Stipulation is APPROVED.

2. All proceedings in this case are STAYED.

3. Within 14 days of the publication of the draft NEPA document for the proposed revisions to the MVUM, the Parties will either jointly move to dismiss the litigation, or will submit a status report advising the Court of any further issues that need to be addressed.

4. The Parties will submit a status report on or before January 7, 2011, advising the Court of the status of the NEPA process for the proposed revisions to the MVUM, unless the procedure set forth in Paragraph 3 has already been complied with.

IT IS SO ORDERED:

Dated: _____           _____
                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Parties' Stipulation and Proposed Order Staying Case                              4

# CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on November 29, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 29, 2010                    /s/*David B. Glazer*
                                             DAVID B. GLAZER

*Del Norte County, et al. v. U.S. Forest Service, et al.*, No. 3:10-cv-02047-JSW
Parties' Stipulation and Proposed Order Staying Case                                        5